UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD L. WEST and MARYELLEN F. WEST,

   Plaintiffs,

      v.

ERNEST ALAN TUFFT,

   Defendant.

Case No. 12-cv-1274-JPG-PMF

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 12, 2013**                  NANCY J. ROSENSTENGEL, Clerk of Court

                                                  **s/ Jina Hoyt, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**